Before completing this application, please review Program Statement 5050.50, Compassionate Release/Reduction in Sentence (RIS), available in the law library.

## REDUCTION IN SENTENCE APPLICATION

NAME: Dent Turner    Unit: K-104    REG No. 35083058    Date: 8/1/24

WHO IS YOUR PHYSICIAN (circle):   Franco   (Li)   Bonnet-Engebretson   Venuto

## Choose **One** Criteria: You can only apply under <u>one</u> criteria.

**Extraordinary/Compelling Circumstances:**

☐ <u>Medical Circumstances</u>:
    ☐ Terminal Medical Condition – Terminal Diagnosis with 18 months or less life expectancy.
    ☐ Debilitated Medical Condition – Illness that has you partially (50%) or completely (100%) disabled.

☐ <u>Elderly Inmates with a Medical Condition</u>:
    ☐ "New Law" Elderly Inmates – Have to have served 30 years of a sentence.
    ☐ Elderly with Medical Conditions – 65 yrs. old or older, a deteriorating medical condition, served 50% of your sentence.

☐ <u>Elderly Inmates without a Medical Condition</u>: - 65 yrs. old or older, Served 10 yrs. or 75% of your sentence (which is greater)

☐ <u>Death or Incapacitation of the Family Member Caregiver of an inmate's dependent child</u>: -provide verifiable documentation the child is "suddenly" without a caretaker, the family member is in an incapacitated state and is unable to care for the child.
☐ <u>Incapacitation of a Spouse or Registered Partner</u>: -Provide verifiable medical documentation of incapacitated state.

☑ <u>Other</u>:-Extraordinary and Compelling Circumstance

## To be filled out by Inmate:

Briefly describe your medical condition or extraordinary and compelling circumstance:

If I was sentenced todAy, I wouldnt be here or sentenced reduced today because of First Step ACT (see Attachment

If you have applied before, has anything changed in your medical condition since your last application? _____

<u>Proposed Release Plan</u> (**must have ALL of the following**):

Name and contact information of who you will live with: Dent & Ginger Turner

When was the last time you spoke to this person concerning your release plan? 8/1/24

Is this person willing to care for you? yes

Address of where you will be living: 26821 Burleson Rd Albemarle NC 28001

Where will you receive your medical treatment (if applicable)? Albemarle Medical Center

How will you pay for your treatment (if applicable)? Insurance & Federal Help

Additional Comments: _____

_____

_____

_____

Rev 4/20

Attachment

Petitioner Has moved for a Reduction in His Sentence pursuant to U.S.C 3582(c)(i)(A) AMENDED by 5194 5239 (2018)" He Contewds that IF he was sentenced today he would recieve a significantly shorter period of Imprisonment than he is Currently Serving because he would be Sentence under mixture Substance not actually methamphetamine, due to the disparity IN Sentence,ng.

His mother is Handicapped & Father is 72 who needs him to help Care & continue running the family Business,

They are taking Care of his 9 year old Son.

Turner Request A Imediate Release for Campassonate Motion



**U. S. Department of Justice**
Federal Bureau of Prisons
Federal Correctional Complex

United States Penitentiary 1
846 N.E. 54th Terrace
Coleman, Florida 33521

August 6, 2024

RESPONSE TO INMATE REQUEST TO STAFF MEMBER

SUBJECT: Reduction In Sentence (RIS)

RE: Turner, Dent Hall
Register No: 35083-058

This is in response to your Reduction in Sentence Application, wherein you request consideration for a Compassionate Release/Reduction In Sentence Based on Extraordinary and Compelling Circumstances.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

Challenges to an inmate's sentence length directly related to their conviction are not considered extraordinary or compelling circumstances by the Bureau of Prisons. These challenges should be addressed by the inmate either filing a direct appeal or a habeas corpus action.

After careful consideration, your request is denied. In compliance with Bureau of Prisons' Program Statement 5050.50, titled Compassionate Release/Reduction in Sentence, you may appeal this denial through the Administrative Remedy Program if you are unsatisfied with this response.

Turner, Dent Hall
35083-058
Request for Compassionate Release
Page 2


_____     8/8/24
Shannon D. Withers, Complex Warden            Date


_____     8/15/24
Inmate Signature                              Date