```
 BUHC2          *        INMATE DISCIPLINE DATA          *      02-13-2026
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD     *      10:20:25


REGISTER NO: 35083-058 NAME..: TURNER, DENT HALL
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-13-2026

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3575797 - SANCTIONED INCIDENT DATE/TIME: 12-09-2021 1035
DHO HEARING DATE/TIME: 12-14-2021 0950         DHO REPT DEL: 12-22-2021 1200
FACL/CHAIRPERSON.....: COP/C. CARROLL
APPEAL CASE NUMBER(S): 1106317
REPORT REMARKS.......: I/M ADMITS TO CHARGE.
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P   DISALLOWANCE OF 41 DAYS GOOD CONDUCT TIME.
        DS         / 20 DAYS / CS
              FROM: 12-14-2021  THRU: 01-02-2022
        COMP:    LAW:    PLACEMENT IN DISCIPLINARY SEGREGATION FOR 20 DAYS.
        LP COMM    / 180 DAYS / CS
              FROM: 12-14-2021  THRU: 06-11-2022
        COMP:    LAW:    LOSS OF COMMISSARY FOR 180 DAYS.
        LP EMAIL   / 180 DAYS / CS
              FROM: 12-14-2021  THRU: 06-11-2022
        COMP:    LAW:    LOSS OF E-MAIL FOR 180 DAYS.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3489843 - SANCTIONED INCIDENT DATE/TIME: 04-02-2021 0915
UDC HEARING DATE/TIME: 04-07-2021 0945
FACL/UDC/CHAIRPERSON.: POL/A/WALLACE
REPORT REMARKS.......: N/A
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP VISIT   / 30 DAYS / CS
              FROM: 04-30-2021  THRU: 05-29-2021
        COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3487670 - SANCTIONED INCIDENT DATE/TIME: 03-26-2021 0945
UDC HEARING DATE/TIME: 03-31-2021 1810
FACL/UDC/CHAIRPERSON.: POL/A/TERRELL
REPORT REMARKS.......: N/A
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP VISIT   / 30 DAYS / CS
              FROM: 03-31-2021  THRU: 04-29-2021
        COMP:    LAW:




   G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```