```
  BUHC2          *        INMATE EDUCATION DATA        *      02-13-2026
  PAGE 001       *            TRANSCRIPT               *      10:21:50


REGISTER NO: 35083-058     NAME..: TURNER                     FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: CUM-CUMBERLAND FCI


---------------------------- EDUCATION INFORMATION ----------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
CUM  ESL HAS   ENGLISH PROFICIENT           02-12-2021 1037 CURRENT
CUM  GED HAS   COMPLETED GED OR HS DIPLOMA  02-09-2021 1503 CURRENT


---------------------------- EDUCATION COURSES  ----------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
COP        PRINCIPLES OF GODLY LEADERSHIP 06-21-2024 CURRENT
COP        RE-ENTRY CLASS               04-19-2024 CURRENT
CUM DRG    INTRODUCTION TO ART/PAINTING 01-05-2026 CURRENT
CUM DRG    HISTORY OF WW1               02-12-2026 CURRENT
CUM DRG    EARLY AMERICAN HISTORY-8 HRS 01-21-2026 02-03-2026  P  C  P    8
CUM DRG    EARTH SCIENCE                01-12-2026 01-21-2026  P  C  P    8
CUM DRG    ANCIENT CIVILIZATION         12-08-2025 12-15-2025  P  C  P   12
CUM DRG    STARTING A SMALL BUSINESS    11-26-2025 12-08-2025  P  C  P    8
CUM DRG    BASIC TUTOR TRAINING         10-10-2025 10-10-2025  P  C  P    2
CUM DRG    OUR SOLAR SYSTEM             11-12-2025 11-20-2025  P  C  P    8
CUM DRG    SMART NUTRITION              02-01-2025 02-27-2025  P  C  P    8
CUM        SPANISH I                    12-13-2024 01-24-2025  P  C  P    8
CUM        HEALTHY LIFESTYLE            11-16-2024 12-21-2024  P  C  P    3
CUM        MRSA IN AN ATHLETIC FACILITY 11-22-2024 12-16-2024  P  C  P    1
COP        JOB PLACEMENT ACE CLASS      06-01-2024 09-05-2024  P  C  P    9
COP        BASKETBALL OFFICIATING CLASS 08-15-2024 08-15-2024  P  C  P    1
COP        FLAGFOOTBALL OFFICIATING CLASS 08-15-2024 08-15-2024  P  C  P  1
COP        RE-ENTRY CLASS               06-18-2024 06-18-2024  P  C  P    2
COP        ANGER MANAGEMENT ACE CLASS   04-05-2024 05-31-2024  P  C  P    8
COP        RE-ENTRY CLASS               05-16-2024 05-16-2024  P  C  P    3
COP        RE-ENTRY CLASS               05-09-2024 05-09-2024  P  C  P    3
COP        MONEY MANAGEMENT ACE CLASS   01-30-2024 03-22-2024  P  C  P   13
COP        RE-ENTRY CLASS               02-15-2024 02-15-2024  P  C  P    2
COP        RE-ENTRY CLASS               02-08-2024 02-08-2024  P  C  P    2
COP        INDIVIDUAL COMMUNITY ACE CLASS 01-05-2024 01-30-2024  P  C  P  8
COP        RE-ENTRY CLASS               01-25-2024 01-25-2024  P  C  P    2
COP        RE-ENTRY CLASS               12-28-2023 12-28-2023  P  C  P    2
COP        PERSONAL DEVELOPMENT ACE CLASS 12-01-2023 12-22-2023  P  C  P 14
COP        RE-ENTRY CLASS               12-21-2023 12-21-2023  P  C  P    2
COP        RE-ENTRY CLASS               12-14-2023 12-14-2023  P  C  P    2
COP        RE-ENTRY CLASS               12-07-2023 12-07-2023  P  C  P    2
COP        RE-ENTRY CLASS               11-09-2023 11-09-2023  P  C  P    3
COP        RE-ENTRY CLASS               11-02-2023 11-02-2023  P  C  P    2
COP        RE-ENTRY CLASS               10-26-2023 10-26-2023  P  C  P    2
COP        RE-ENTRY CLASS               09-07-2023 09-07-2023  P  C  P    2
COP        RE-ENTRY CLASS               08-31-2023 08-31-2023  P  C  P    2
COP        BASKETBALL SPORTS RULES      04-05-2023 04-07-2023  P  C  P    2
COP        SOFTBALL SPORTS RULES        11-14-2022 01-06-2023  P  C  P    2
COP        FOOTBALL SPORTS RULES        04-08-2022 04-22-2022  P  C  P    2
POL        SHU MONEY 4                  05-03-2021 06-09-2021  P  C  P    4

G0002      MORE PAGES TO FOLLOW . . .
```

Case 3:19-cr-00221-FDW-DCK    Document 51-3    Filed 02/17/26    Page 1 of 2

```
REGISTER NO: 35083-058    NAME..: TURNER                 FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: CUM-CUMBERLAND FCI
```

```
----------------------------- EDUCATION COURSES  -----------------------------
SUB-FACL    DESCRIPTION                   START DATE  STOP DATE EVNT AC LV  HRS
POL         SHU PERSONAL HEALTH           05-02-2021 06-09-2021  P   C  P    4
POL         SHU CHECK BALANCING           05-03-2021 06-09-2021  P   C  P    4
POL         HOW TO GET TRANSPORTATION     05-03-2021 06-09-2021  P   C  P    4
POL         INTRODUCTION TO CONVER. SPANSH 05-03-2021 06-09-2021 P   C  P    4
POL         SHU-ACE BEGINNING SPANISH     04-24-2021 05-18-2021  P   C  P    4
POL         RPP 3:INVESTMNT BASICS FOR SHU 04-24-2021 05-18-2021 P   C  P    4
POL         SHU-SHORT STORIES & BK REPORTS 04-24-2021 05-18-2021 P   C  P    4
POL         HOW TO PURCHASE INSURANCE     04-24-2021 05-18-2021  P   C  P    4
POL         2 CAREER PLANNING SHU PROGRAM 04-24-2021 05-18-2021  P   C  P    4
POL         ACE - SHU EQUAL EMPLOY OPP    04-24-2021 05-18-2021  P   C  P    4
POL         SHU EMERGENCY LANGUAGE TERMS  04-24-2021 05-18-2021  P   C  P    4
POL         ACE DRUG STORE BASIC LANG RPP1 04-24-2021 05-18-2021 P   C  P    4
POL         RPP - SHU FINDING JOB OPENINGS 04-15-2021 04-26-2021 P   C  P    4
POL         SHU GOOD HOUSE KEEPING        04-15-2021 04-26-2021  P   C  P    4
POL         SHU MONEY 1                   04-15-2021 04-26-2021  P   C  P    4
POL         RPP 6: ANGER MGMT PROG FOR SHU 04-15-2021 04-26-2021 P   C  P    4
POL         SHU-CREATIVE & JOURNAL WRITING 04-09-2021 04-15-2021 P   C  P    4
POL         SHU-ACE COMPUTER HARDWARE     04-09-2021 04-15-2021  P   C  P    4
POL         SHU-ACE COMPUTER SOFTWARE     04-09-2021 04-15-2021  P   C  P    4
POL         JOB SKILL BASICS FOR SHU      04-09-2021 04-15-2021  P   C  P    4
POL         RPP 3:BANKING LANGUAGE- SHU   04-01-2021 04-12-2021  P   C  P    4
POL         RPP - SHU IDENTITY THEFT      04-01-2021 04-12-2021  P   C  P    4
POL         SHU CLASS, PLAYBOOK FOR LIFE  04-01-2021 04-12-2021  P   C  P    4
POL         ADVANCED CDL TRNG FOR SHU     03-24-2021 04-05-2021  P   C  P    4
POL         RPP 2: RESUME W/S FOR SHU     03-24-2021 04-05-2021  P   C  P    4
POL         HOW TO BUY A CAR              03-24-2021 04-05-2021  P   C  P    4
POL         RPP 6: LIFE SKILLS FOR SHU    03-24-2021 04-05-2021  P   C  P    4
POL         RPP 3: PERSONAL BANKING- SHU  03-12-2021 03-19-2021  P   C  P    4
POL         RPP 6 : PARENTING SHU         03-12-2021 03-19-2021  P   C  P    4
POL         SHU COMMERCIAL DRIVERS LISCENC 03-12-2021 03-19-2021 P   C  P    4
POL         SHU MONEY 2                   03-12-2021 03-19-2021  P   C  P    4
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```