```
  BUHC2          *        PUBLIC INFORMATION          *      02-13-2026
PAGE 001          *            INMATE DATA            *      10:19:40
                           AS OF 02-13-2026


REGNO..: 35083-058 NAME: TURNER, DENT HALL

                     RESP OF: CUM
                     PHONE..: 301-784-1000    FAX: 301-784-1008
                                              RACE/SEX...: WHITE / MALE
                                              AGE:  44
PROJ REL MT: BOP SUBST ABUSE TRTMT REL        PAR ELIG DT: N/A
PROJ REL DT: 04-15-2027                        PAR HEAR DT:




G0002       MORE PAGES TO FOLLOW . . .
```

Case 3:19-cr-00221-FDW-DCK    Document 51-4    Filed 02/17/26    Page 1 of 3

```
REGNO..: 35083-058 NAME: TURNER, DENT HALL

                    RESP OF: CUM
                    PHONE..: 301-784-1000    FAX: 301-784-1008
FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 10-15-2026

THE INMATE IS PROJECTED FOR RELEASE: 04-15-2027 VIA 3621E CMPL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: NORTH CAROLINA, WESTERN DISTRICT
DOCKET NUMBER...................: DNCW319CR000221-001
JUDGE...........................: WHITNEY
DATE SENTENCED/PROBATION IMPOSED: 08-17-2020
DATE COMMITTED..................: 02-09-2021
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $100.00         $00.00         $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  383    21:841 SCH II NON-NARCOTIC

OFF/CHG: 21:841(A)(1); 21:841(B)(1)(B) & 18:2 PWID FIVE (5) GRAMS OR
         MORE OF METHAMPHETAMINE & AIDING AND ABETTING THE SAME

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
 TERM OF SUPERVISION............:     4 YEARS
 DATE OF OFFENSE................: 10-13-2016




G0002      MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 35083-058 NAME: TURNER, DENT HALL

                    RESP OF: CUM
                    PHONE..: 301-784-1000    FAX: 301-784-1008
------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-21-2025 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 11-06-2020 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 08-17-2020
TOTAL TERM IN EFFECT............:   120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS
EARLIEST DATE OF OFFENSE........: 10-13-2016

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    04-09-2019    04-10-2019
                                    08-31-2019    08-16-2020

TOTAL PRIOR CREDIT TIME.........: 354
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 499
TOTAL GCT EARNED................: 283
STATUTORY RELEASE DATE PROJECTED: 04-15-2028
ELDERLY OFFENDER TWO THIRDS DATE: 04-28-2026
EXPIRATION FULL TERM DATE.......: 08-27-2029
TIME SERVED.....................:     6 YEARS      5 MONTHS     16 DAYS
PERCENTAGE OF FULL TERM SERVED..:  64.6
PERCENT OF STATUTORY TERM SERVED:  74.8

PROJECTED SATISFACTION DATE.....: 04-15-2027
PROJECTED SATISFACTION METHOD...: 3621E CMPL

S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```