

# Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: TURNER, DENT HALL   35083-058

| | | |
|---|---|---|
| Facility: | CUM  CUMBERLAND FCI | Proj. Rel. Date: 04-15-2027 |
| Name: | TURNER, DENT HALL | Proj. Rel. Mthd: 3621E COND |
| Register No.: | **35083-058** | DNA Status: ▮▮▮▮▮▮▮▮▮ |
| Age: | ▮ | |
| Date of Birth: | ▮▮▮▮▮▮ | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

## Inmate Photo ID Status

| |
|---|
| No photo ID - Expiration: null |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CUM | F EDUC AM | FCI EDUCATION 7:30 - 4:00 PM | 07-15-2025 |
| CUM | F MECH AO | FCI MECHANICAL SVC A&O | 12-03-2024 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CUM | ESL HAS | ENGLISH PROFICIENT | 02-12-2021 |
| CUM | GED HAS | COMPLETED GED OR HS DIPLOMA | 02-09-2021 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| COP | | PRINCIPLES OF GODLY LEADERSHIP | 06-21-2024 | CURRENT |
| COP | | RE-ENTRY CLASS | 04-19-2024 | CURRENT |
| CUM DRG | C | SMART NUTRITION | 02-01-2025 | 02-27-2025 |
| CUM | C | SPANISH I | 12-13-2024 | 01-24-2025 |
| CUM | C | HEALTHY LIFESTYLE | 11-16-2024 | 12-21-2024 |
| CUM | C | MRSA IN AN ATHLETIC FACILITY | 11-22-2024 | 12-16-2024 |
| COP | C | JOB PLACEMENT ACE CLASS | 06-01-2024 | 09-05-2024 |
| COP | C | BASKETBALL OFFICIATING CLASS | 08-15-2024 | 08-15-2024 |
| COP | C | FLAGFOOTBALL OFFICIATING CLASS | 08-15-2024 | 08-15-2024 |
| COP | C | RE-ENTRY CLASS | 06-18-2024 | 06-18-2024 |
| COP | C | ANGER MANAGEMENT ACE CLASS | 04-05-2024 | 05-31-2024 |
| COP | C | RE-ENTRY CLASS | 05-16-2024 | 05-16-2024 |
| COP | C | RE-ENTRY CLASS | 05-09-2024 | 05-09-2024 |
| COP | C | MONEY MANAGEMENT ACE CLASS | 01-30-2024 | 03-22-2024 |
| COP | C | RE-ENTRY CLASS | 02-15-2024 | 02-15-2024 |
| COP | C | RE-ENTRY CLASS | 02-08-2024 | 02-08-2024 |
| COP | C | INDIVIDUAL COMMUNITY ACE CLASS | 01-05-2024 | 01-30-2024 |
| COP | C | RE-ENTRY CLASS | 01-25-2024 | 01-25-2024 |
| COP | C | RE-ENTRY CLASS | 12-28-2023 | 12-28-2023 |
| COP | C | PERSONAL DEVELOPMENT ACE | 12-01-2023 | 12-22-2023 |
| COP | C | RE-ENTRY CLASS | 12-21-2023 | 12-21-2023 |
| COP | C | RE-ENTRY CLASS | 12-14-2023 | 12-14-2023 |
| COP | C | RE-ENTRY CLASS | 12-07-2023 | 12-07-2023 |
| COP | C | RE-ENTRY CLASS | 11-09-2023 | 11-09-2023 |
| COP | C | RE-ENTRY CLASS | 11-02-2023 | 11-02-2023 |
| COP | C | RE-ENTRY CLASS | 10-26-2023 | 10-26-2023 |
| COP | C | RE-ENTRY CLASS | 09-07-2023 | 09-07-2023 |
| COP | C | RE-ENTRY CLASS | 08-31-2023 | 08-31-2023 |
| COP | C | BASKETBALL SPORTS RULES | 04-05-2023 | 04-07-2023 |
| COP | C | SOFTBALL SPORTS RULES | 11-14-2022 | 01-06-2023 |
| COP | C | FOOTBALL SPORTS RULES | 04-08-2022 | 04-22-2022 |
| POL | C | SHU MONEY 4 | 05-03-2021 | 06-09-2021 |
| POL | C | SHU PERSONAL HEALTH | 05-02-2021 | 06-09-2021 |
| POL | C | SHU CHECK BALANCING | 05-03-2021 | 06-09-2021 |


| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| POL | C | HOW TO GET TRANSPORTATION | 05-03-2021 | 06-09-2021 |
| POL | C | INTRODUCTION TO CONVER. SPANSH | 05-03-2021 | 06-09-2021 |
| POL | C | SHU-ACE BEGINNING SPANISH | 04-24-2021 | 05-18-2021 |
| POL | C | RPP 3:INVESTMNT BASICS FOR SHU | 04-24-2021 | 05-18-2021 |
| POL | C | SHU-SHORT STORIES & BK REPORTS | 04-24-2021 | 05-18-2021 |
| POL | C | HOW TO PURCHASE INSURANCE | 04-24-2021 | 05-18-2021 |
| POL | C | 2 CAREER PLANNING SHU PROGRAM | 04-24-2021 | 05-18-2021 |
| POL | C | ACE - SHU EQUAL EMPLOY OPP | 04-24-2021 | 05-18-2021 |
| POL | C | SHU EMERGENCY LANGUAGE TERMS | 04-24-2021 | 05-18-2021 |
| POL | C | ACE DRUG STORE BASIC LANG RPP1 | 04-24-2021 | 05-18-2021 |
| POL | C | RPP - SHU FINDING JOB OPENINGS | 04-15-2021 | 04-26-2021 |
| POL | C | SHU GOOD HOUSE KEEPING | 04-15-2021 | 04-26-2021 |
| POL | C | SHU MONEY 1 | 04-15-2021 | 04-26-2021 |
| POL | C | RPP 6: ANGER MGMT PROG FOR SHU | 04-15-2021 | 04-26-2021 |
| POL | C | SHU-CREATIVE & JOURNAL WRITING | 04-09-2021 | 04-15-2021 |
| POL | C | SHU-ACE COMPUTER HARDWARE | 04-09-2021 | 04-15-2021 |
| POL | C | SHU-ACE COMPUTER SOFTWARE | 04-09-2021 | 04-15-2021 |
| POL | C | JOB SKILL BASICS FOR SHU | 04-09-2021 | 04-15-2021 |
| POL | C | RPP 3:BANKING LANGUAGE- SHU | 04-01-2021 | 04-12-2021 |
| POL | C | RPP - SHU IDENTITY THEFT | 04-01-2021 | 04-12-2021 |
| POL | C | SHU CLASS, PLAYBOOK FOR LIFE | 04-01-2021 | 04-12-2021 |
| POL | C | ADVANCED CDL TRNG FOR SHU | 03-24-2021 | 04-05-2021 |
| POL | C | RPP 2: RESUME W/S FOR SHU | 03-24-2021 | 04-05-2021 |
| POL | C | HOW TO BUY A CAR | 03-24-2021 | 04-05-2021 |
| POL | C | RPP 6: LIFE SKILLS FOR SHU | 03-24-2021 | 04-05-2021 |
| POL | C | RPP 3: PERSONAL BANKING- SHU | 03-12-2021 | 03-19-2021 |
| POL | C | RPP 6 : PARENTING SHU | 03-12-2021 | 03-19-2021 |
| POL | C | SHU COMMERCIAL DRIVERS LISCENC | 03-12-2021 | 03-19-2021 |
| POL | C | SHU MONEY 2 | 03-12-2021 | 03-19-2021 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| ███ | ███ | ███ |
| ███ | ███ | ███ |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |

## ███ Assignments

| Assignment | Description | Start |
|---|---|---|
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | | |

## ███ Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment:**    **COMPLT**    **FINANC RESP-COMPLETED**    **Start: 10-25-2021**

███    ███    ███    ███

Case 3:19-cr-00221-FDW-DCK    Document 51-5    Filed 02/17/26    Page 2 of 4



**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: TURNER, DENT HALL  35083-058

SEQUENCE: 02222315
Team Date: 10-15-2025



## Most Recent Payment Plan

## FRP Deposits

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| ██████ | ████████████ | ████ |
| ██████ | ████████████████ | ████ |
| █████ | ██████████████ | ████ |
| █████ | ████████████████ | ████ |
| ███████ | ████████████ | ████ |
| ██████ | ██████████ | ████ |
| ██████ | ██████████ | ████ |
| ███████ | ████████████████ | ████ |
| ██████ | ██████████████ | ████ |
| ██████ | ██████████████ | ████ |
| █████ | ████████████████████ | ████ |
| ██████ | ██████████████████ | ████ |
| ██████ | ████████████ | ████ |
| █████ | ██████████ | ████ |
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 10-12-2025 |

## Progress since last review

He has maintained clear conduct since his last review. He is participating in RDAP, Healthy Mind, Principles of Godly Leadership, and Re Entry Class. He is on the waiting list for Academic Success, Emotional Self-REG CBT, Money Smart General Pop, Occupational EDUC, and Resolve Workshop.

## Next Program Review Goals

Maintain clear conduct until next review. Complete Healthy Mind, Principles of Godly Leadership, and Re Entry Class by next review.

## Long Term Goals

Maintain clear conduct until RRC date of 05-2026. Complete RDAP, Academic Success, Emotional Self-REG CBT, Money Smart General Pop, Occupational EDUC, and Resolve Workshop by RRC date of 05-2026.

## RRC/HC Placement

No.
null.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

## Comments

** No notes entered **

Case 3:19-cr-00221-FDW-DCK   Document 51-5   Filed 02/17/26   Page 3 of 4



Name:   TURNER, DENT HALL

Register No.:   **35083-058**

Age:   ■

Date of Birth:   ■

DNA Status:   ■

_____

Inmate    (TURNER, DENT HALL. Register No.: 35083-058)

_____

Date

_____    _____

Unit Manager / Chairperson                        Case Manager

_____    _____

Date                                              Date